# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-01005-DGK |
| | ) | |
| MIKE NAY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On September 23, 2016, the Court denied Plaintiff's motion to proceed in forma pauperis (Doc. 2). The Court directed Plaintiff to pay the filing fee within sixty days, or the Complaint would be dismissed without prejudice. Plaintiff did not pay the filing fee.

Accordingly, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Date:  October 5, 2017             /s/ Greg Kays
                                   GREG KAYS, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT